IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | |
|---|---|
| MOSES AND MARGIE WARD,<br>*Plaintiff,*<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br>TERESA SULTZBACH AND<br>SUANY CRUZ<br>*Defendants.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:17-cv-02862-K S<br>§<br>§<br>§<br>§<br>§ |

## AGREED ORDER TO DISMISS DEFENDANTS WITH PREJUDICE

The Court, after having considered Defendants, LIBERTY INSURANCE CORPORATION, TERESA SULTZBACH AND SUANY CRUZ and Plaintiffs, MOSES WARD and MARGIE WARD's Agreed Motion to Dismiss Defendant With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs claims against Defendants, LIBERTY INSURANCE CORPORATION, TERESA SULTZBACH AND SUANY CRUZ are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

SIGNED this 17th of April, 2018.

_____
JUDGE PRESIDING

AGREED:

LAW OFFICES OF DAVID L. CHUMBLEY, P.C.

By:   /s/ David Chumbley
      David L. Chumbley
      State Bar No. 24032069

400 Chisholm Place, Suite 101
Plano, Texas 75075
Telephone:   (972) 516-8808
Telecopy:    (972) 516-8819
Email: davidchumbleypc@gmail.com
**ATTORNEY FOR DEFENDANTS**


DICK LAW FIRM, PLLC

By:   /s/ Eric B. Dick
      Eric B. Dick
      State Bar No. 24064316

37001 Brookwoods Drive
Houston, Texas 77092
Telephone: (832) 207-2007
Telecopy: (713) 893-6931
E-Mail: ebdick@gmail.com
**ATTORNEY FOR PLAINTIFFS**